**TES ENTERTAINMENT INC.;**
**Michael Tyler; a/k/a Mystikal,**
**Plaintiffs–Appellants,**

v.

**Al WASH; et al., Defendants,**

**Al Wash; ALW Entertainment, Inc.;**
**Joseph E. Seagram & Sons, Inc.,**
**Defendants–Appellees.**

No. 03–31209
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 19, 2004.

Roy H. Maughan, Jr., Maughan, Maughan & Lormand, Baton Rouge, LA, for Plaintiffs–Appellants.

Jane H. Barney, Anderson Oliver Dotson, Phelps Dunbar, Baton Rouge, LA, Ralph S. Hubbard, III, Simeon B Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA, for Defendant–Appellee.

---

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM: *

The Order appealed from entered on December 4, 2003 does not dispose of all claims against all parties and is therefore not a final judgment. Because no judgment was entered under Rule 54(b) F.R.C.P., we have no jurisdiction and must dismiss this appeal. *See Bader v. Atlantic Intern., Ltd.*, 986 F.2d 912 (5th Cir.1993).

APPEAL DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.